**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 10-2035**

———

In re: STANLEY LORENZO WILLIAMS,

                    Petitioner.

———

On Petition for Writ of Mandamus.  (1:03-cv-00299-TDS-WWD)

———

Submitted:  August 4, 2011          Decided:  August 11, 2011

———

Before KING, GREGORY, and DAVIS, Circuit Judges.

———

Petition denied by unpublished per curiam opinion.

———

Stanley Lorenzo Williams, Petitioner Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams filed a petition for writ of mandamus in which he complains of delay in the district court's response to a post-judgment filing in his 28 U.S.C. § 2254 (2006) proceeding. After this Court initially misidentified the delay about which Williams complained and denied the mandamus petition, Williams filed a rehearing petition clarifying that he was complaining that the district court had delayed responding to his October 28, 2009, objections to an October 15, 2009, text order issued by the magistrate judge. We granted Williams' rehearing petition.

Our review of the district court's docket reveals that the district court recently entered an order adopting and affirming the magistrate judge's October 15, 2009, text order. Accordingly, because the district court has acted on Williams' objections to the magistrate judge's text order, we deny the mandamus petition as moot. Williams' motions to expedite and to amend are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED